IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSH EVANS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-688-BJ |
| | § | |
| BIG B. CRANE, LLC, ET AL. | § | |

## FINAL JUDGMENT

Pursuant to the order issued this same day and Federal Rule of Civil Procedure 58,

It is hereby **ORDERED, ADJUDGED, and DECREED** that all claims in the above-styled

and numbered cause are **DISMISSED WITH PREJUDICE**.  All costs under 28 U.S.C. § 1920

shall be taxed against the party incurring the same.

SIGNED June 7, 2016.

_____

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE